TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00146-CV

Alice Wied, Appellant

v.

Arthur Siptak, Appellee

FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT

NO. 98V-114, HONORABLE DAN R. BECK, JUDGE PRESIDING 

PER CURIAM

 Appellant Alice Wied has filed a motion to dismiss the appeal. We grant the motion
and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: May 3, 2001

Do Not Publish